# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURAFIBER TECHNOLOGIES (DFT) INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 17-12143 (CSS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely as Chapter 7 Trustee of the Estates of DURAFIBER TECHNOLOGIES (DFT) INC., *et al.*,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK PAPA,<br><br>　　　　　　　　　Defendant. | <br><br>Adv. Pro. No. 19-50398 (CSS) |

## STIPULATION OF DISMISSAL

Whereas, the above-captioned plaintiff, David W. Carickhoff, solely in his capacity as chapter 7 trustee for the estates of Durafiber Technologies (DFT) Inc., et al., and defendant, Frank Papa (collectively, the "Parties"), have mutually agreed to the dismissal of the above-captioned adversary proceeding (the "Adversary Proceeding").

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: DuraFiber Technologies (DFT), Inc. (4879); DuraFiber Technologies (DFT) Enterprises, LLC (7294); DuraFiber Technologies (DFT) Group, Inc. (6892); DuraFiber Technologies (DFT) Holdings II, LLC (4643); DuraFiber Technologies (DFT) Mexico Services Intermediate II Corp. (6157); DuraFiber Technologies (DFT) Operations, LLC (1514); DuraFiber Technologies (DFT) Scottsboro, Inc. (4659); DuraFiber Technologies (DFT) Winfield, Inc. (9148); Ina Fibers Holding, LLC (2889); DSE Holding Corp. (3031); DuraFiber Technologies (DFT) Mexico Services Intermediate I Corp. (5900); DFT DuraFiber Technologies Holdings, Inc. (5953).

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Adversary Proceeding is hereby dismissed, with prejudice.

| | |
|---|---|
| /s/ Alan M. Root | /s/ R. Stephen McNeill |
| Alan M. Root (No. 5427) | R. Stephen McNeill (DE Bar No. 5210) |
| ARCHER & GREINER, P.C. | POTTER ANDERSON & CORROON LLP |
| 300 Delaware Avenue, Suite 1100 | 1313 North Market Street, Sixth Floor |
| Wilmington, DE 19801 | Wilmington, DE 19899-0951 |
| Tel: (302) 777-4350 | Telephone: (302) 984-6000 |
| aroot@archerlaw.com | Facsimile: (302) 658-1192 |
| | Email: rmcneill@potteranderson.com |
| *Attorney for Plaintiff David W. Carickhoff, Chapter 7 Trustee* | *Counsel for Defendant* |
| Dated: March 30, 2021 | Dated: March 29, 2021 |

\\\

220643992v1